USCA1 Opinion

 

 June 24, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1029 RICHARD DIONNE, Plaintiff, Appellant, v. COMMISSIONER, NH DEPT. OF CORRECTIONS, ET AL., Defendants, Appellees. ____________________  APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, Jr., U.S. District Judge] ___________________ ____________________ Before Selya, Boudin, and Stahl Circuit Judges. ______________ ____________________ Richard Dionne on brief pro se. ______________ Jeffrey R. Howard, Attorney General, and Stephen J. Judge, Senior _________________ ________________ Assistant Attorney General. ____________________ ____________________ Per Curiam. Richard Dionne, who is incarcerated at __________ the New Hampshire State Prison, appeals from the dismissal of his civil rights suit under 42 U.S.C. 1983 against various state prison officials. We affirm substantially for the reasons given in the district court's decision dated November 8, 1995, finding no merit in Dionne's claims of error. Affirmed. ________ -2-